IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 9:21-cv-80779-AMC |
| | ) |
| v. | ) |
| | ) |
| 104 ANDOVER COURT LLC, | ) |
| RH FUND XX, LLC, | ) |
| DAVID M. FERRIS, | ) |
| OCEAN CITY LOFTS CONDOMINIUM | ) |
| ASSOCIATION, INC., and | ) |
| PALM BEACH COUNTY TAX | ) |
| COLLECTOR, | ) |
| | ) |
| Defendants. | ) |

**AMENDED STIPULATION REGARDING LIEN PRIORITY**

It is hereby stipulated between and among Plaintiff United States of America and Defendants RH Fund XX, LLC; David M. Ferris; Ocean City Lofts Condominium Association, Inc.; and Palm Beach County Tax Collector (collectively, "the parties"), as follows:

1. The parties agree that Defendant RH Fund XX, LLC, as assignee of Synovus Bank, is the holder of a mortgage dated June 28, 2013, encumbering the real property located at 185 N.E. 4th Ave., Unit 210E, Delray Beach, Florida (the "Property"), which was recorded with the Palm Beach County Clerk on July 16, 2013, at OR Book 26183, Page 484.

2. The parties agree that Defendant David M. Ferris is the holder of a mortgage dated December 27, 2019, encumbering the Property, which was recorded with the Palm Beach County Clerk on January 9, 2020, at Book 31148, Page 865.

3. The parties agree that Plaintiff United States of America has federal tax liens against Barry Chapin for outstanding federal income taxes, interest, and penalties for tax years 2014 and 2015, notice of which was filed with the Palm Beach County Clerk as set forth in

paragraph 11 of the United States' complaint. The parties agree that the federal tax liens against Barry Wisner Chapin attach to the Property. The balance of Barry Chapin's unpaid joint federal income tax liabilities, as of September 16, 2021, is $464,826.64; Interest accrues daily on these liabilities.

4. The parties agree that if, at the time of sale, any outstanding real property taxes are owed to Defendant Palm Beach County Tax Collector, such amounts will, pursuant to 26 U.S.C. § 6323(b)(6) and Fla. Stat. § 197.122(1), have priority over any of the parties' liens, and must be paid in full from the proceeds of sale prior to any distribution towards the liens listed in Paragraph 1-3.

5. The parties agree that, if the Property is sold, the proceeds shall be distributed as follows:

   a. First, to the costs of sale (which may include the customary and usual commission of a licensed real estate agent if one is appointed by the Court as a receiver pursuant to 26 U.S.C. § 7403(d), provided that any contract for a receiver's sale of the Property is approved by the Court after notice and opportunity for hearing).

   b. Second, to Defendant Palm Beach County Tax Collector, in an amount sufficient to satisfy any outstanding real estate taxes.

   c. Third, to Defendant RH Fund XX, LLC, in full satisfaction of the June 28, 2013 Mortgage encumbering the Property. The outstanding mortgage balance, with interest as of July 1, 2021 (but excluding attorney's fees and costs), is $186,020.34, with interests, costs and attorney's fees continuing to accrue.

d. Fourth, to the United States, in an amount sufficient to satisfy the federal tax liens for Barry Chapin's unpaid federal income tax liabilities for tax years 2014 and 2015.

e. Fifth, to Defendant Ocean City Lofts Condominium Association, Inc., in an amount sufficient to satisfy any outstanding condominium fees.

f. Sixth to Defendant David M. Ferris, in full satisfaction of the December 27, 2019 Mortgage encumbering the Property; and

g. Seventh, any surplus to be distributed pursuant to further Court Order.

/s/Bradley A. Sarnell
BRADLEY A. SARNELL
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 20044
(202) 307-1038
(202) 514-5238 (fax)
bradley.a.sarnell@usdoj.gov

Attorney for Plaintiff United States
of America

/s/Matthew I. Kramer (with consent)
MATTHEW I. KRAMER
Weinberg Wheeler Hudgins Gunn & Dial
3350 Virginia St., Suite 500
Miami, FL 33133
(305) 455-9504
(305) 455-9501 (fax)
mkramer@wwghd.com

Attorney for Defendant RH Fund XX, LLC

/s/Hampton Peterson (with consent)
HAMPTON PETERSON
General Counsel, Palm Beach Tax Collector
301 N. Olive Ave., 3rd Floor
West Palm Beach, FL 33410
(561) 355-1502
(561) 355-1110 (fax)
hpeterson@pbctax.com

Attorney for Defendant Palm Beach County
Tax Collector

/s/Ronald M. Rosengarten (with consent)
RONALD M. ROSENGARTEN
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
(305) 579-0519
(305) 579-0717
rosengartenr@gtlaw.com

Attorney for Defendant David M. Ferris

/s/*Michael Toback (with consent)*
MICHAEL TOBACK
LAURA M. MANNING-HUDSON
Sigfried Rivera
1655 Palm Beach Lakes Blvd.
Suite 500
West Palm Beach, FL 33401
561-296-5444 Phone
561.296.5446 Fax
mtoback@sigfriedrivera.com
Attorneys for Defendant Ocean City Lofts Condominium Association, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of September, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

                                              */s/ Bradley A. Sarnell*
                                              BRADLEY A. SARNELL
                                              Trial Attorney
                                              United States Department of Justice, Tax Division