UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80779-CIV-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**104 ANDOVER COURT LLC, *et al*.**,

    Defendants.
_____/

## ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed a Motion for Summary Judgment [ECF No. 27] ("Motion"), on September 24, 2021. Pursuant to the Court's Order Setting Briefing Schedule [ECF No. 22], Defendants' combined response to the Motion was due on **October 25, 2021**. Defendants have failed to respond to the Motion by the applicable deadline or to request an additional extension of time in which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants must file their response to the Motion no later than **November 5, 2021**. If Defendants fail to file a response, the Court shall consider the merits of the Motion without the benefit of a response or responses, and such failure may be deemed sufficient cause to grant the motion by default. *See* S.D. Fla. L.R. 7.1(c).

**DONE AND ORDERED** at Fort Pierce, Florida, this 27th day of October 2021.

                                                           **AILEEN M. CANNON**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record