IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 9:21-cv-80779-AMC |
| v. | ) |
| 104 ANDOVER COURT LLC, RH FUND XX, LLC, DAVID M. FERRIS, OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC., and PALM BEACH COUNTY TAX COLLECTOR, | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR STAY**

Plaintiff United States of America and Defendant 104 Andover Court LLC (collectively, "the parties") hereby notify the Court that they have reached a settlement agreement that, if complied with, could resolve all issues before the Court in this case. In recognition of the November 5, 2021, deadline the Court has set for responses to the United States' pending motion for summary judgment, the parties request that the Court stay briefing on the motion for summary judgment to allow the parties to comply with their obligations under the settlement agreement. Assuming the settlement is implemented, the United States will dismiss this action.

/s/ *Bradley A. Sarnell*
BRADLEY A. SARNELL
U.S. Department of Justice, Tax Division
PO Box 55
Washington, DC 20044
(202) 307-1038
(202) 514-5238 (fax)
Bradley.A.Sarnell@usdoj.gov
*Counsel for Plaintiff United States of America*

/s/ 
CORY S. CARANO
Cory S. Carano, P.A.
250 N. Congress Ave., Ste. D
Delray Beach, FL 33445
(945) 261-4760
Cory.Carano@gmail.com

*Counsel for Defendant 104 Andover Court LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this  4 th day of November, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers.

/s/ Bradley A. Sarnell
BRADLEY A. SARNELL
Trial Attorney
United States Department of Justice, Tax Division