UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80779-CIV-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**104 ANDOVER COURT LLC,** *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Notice of Settlement and Joint Request for Stay [ECF No. 30], filed on November 4, 2021, in which the parties advise that they have reached a settlement agreement. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within thirty **(30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of November 2021.

                                                                        AILEEN M. CANNON
                                                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record