IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 9:21-cv-80779-AMC |
| | ) | |
| v. | ) | |
| | ) | |
| 104 ANDOVER COURT LLC, | ) | |
| RH FUND XX, LLC, | ) | |
| DAVID M. FERRIS, | ) | |
| OCEAN CITY LOFTS CONDOMINIUM | ) | |
| ASSOCIATION, INC., and | ) | |
| PALM BEACH COUNTY TAX | ) | |
| COLLECTOR, | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT AND REQUEST FOR TIME TO FILE STIPULATION**

Plaintiff United States of America hereby provides a report of the status of the case and requests a short extension of time to file a stipulation of dismissal.

On November 4, 2021, the United States and Defendant 104 Andover Court LLC ("Andover Court") filed a Notice of Settlement and Joint Request for Stay, informing the Court that the parties had settled and requesting that the Court stay the case to give the parties time to comply with their obligations under the settlement agreement. (Doc. 30). On November 5, 2021, the Court entered an Order administratively closing the case without prejudice to the parties to file a stipulation of dismissal within thirty days of the Order. (Doc. 31).

On November 17, 2021, the United States filed a motion in *Ocean City Lofts Condominium Ass'n v. Murphy*, Case No. 9:21-cv-81232-AMC (S.D. Fla.), seeking payment of the proceeds of sale of the real property at issue in the instant case from the registry of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. *Ocean City* (Doc. 8). In that motion, the United States noted that its settlement agreement with Andover Court required that

the United States be paid the surplus proceeds from the state court, after which Andover Court would "pay the United States an agreed sum and the United States would dismiss" the instant case. *Id.* The Court granted the motion in *Ocean City* on November 24, 2021. *Ocean City* (Doc. 9).

The United States filed a copy of the Court's Order with the state court on December 1, 2021, and has been in contact with the state court clerk's office, but has not yet received the funds. Once the funds are received, Andover Court has 30 days to make the payment referenced in the motion, after which the case can be dismissed. Thus, insofar as the Court's Order would bar the filing of a stipulation dismissing the case after December 6, 2021, the Court should allow additional time for the parties to complete their obligations under the settlement agreement.

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55,
Washington, D.C. 20044
Telephone: (202) 307-1038
Fax: (202) 514-5238
Email: Bradley.A.Sarnell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

/s/ *Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney
United States Department of Justice, Tax Division