IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 9:21-cv-80779-AMC |
| v. | ) |
| 104 ANDOVER COURT LLC, RH FUND XX, LLC, DAVID M. FERRIS, OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC., and PALM BEACH COUNTY TAX COLLECTOR, | ) |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff United States of America, pursuant to the terms of an October 29, 2021 settlement agreement between the United States and Defendant 104 Andover Court, LLC, and with the consent of all parties which have appeared in the case, hereby dismisses the above-captioned case with prejudice.

/s/Bradley A. Sarnell
BRADLEY A. SARNELL
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 20044
(202) 307-1038
(202) 514-5238 (fax)
bradley.a.sarnell@usdoj.gov

Attorney for Plaintiff United States
of America

/s/Matthew I. Kramer (with consent)
MATTHEW I. KRAMER
Weinberg Wheeler Hudgins Gunn & Dial
3350 Virginia St., Suite 500
Miami, FL 33133
(305) 455-9504
(305) 455-9501 (fax)
mkramer@wwghd.com

Attorney for Defendant RH Fund XX, LLC

| | |
|---|---|
| */s/Hampton Peterson (with consent)*<br>HAMPTON PETERSON<br>General Counsel, Palm Beach Tax Collector<br>301 N. Olive Ave., 3rd Floor<br>West Palm Beach, FL 33410<br>(561) 355-1502<br>(561) 355-1110 (fax)<br>hpeterson@pbctax.com<br><br>Attorney for Defendant Palm Beach County Tax Collector | */s/Ronald M. Rosengarten (with consent)*<br>RONALD M. ROSENGARTEN<br>GREENBERG TRAURIG, P.A.<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>(305) 579-0519<br>(305) 579-0717<br>rosengartenr@gtlaw.com<br><br>Attorney for Defendant David M. Ferris |
| */s/Michael Toback (with consent)*<br>MICHAEL TOBACK<br>LAURA M. MANNING-HUDSON<br>Sigfried Rivera<br>1655 Palm Beach Lakes Blvd.<br>Suite 500<br>West Palm Beach, FL 33401<br>561-296-5444 Phone<br>561.296.5446 Fax<br>mtoback@sigfriedrivera.com<br><br>Attorneys for Defendant Ocean City Lofts Condominium Association, Inc. | */s/Cory S. Carano (with consent)*<br>CORY S. CARANO<br>Cory S. Carano, P.A.<br>250 N. Congress Ave, Ste. D<br>Delray Beach, FL 33445<br>(954) 261-4760<br>Cory.Carano@gmail.com<br><br>Attorney for Defendant 104 Andover Court LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

> */s/ Bradley A. Sarnell*
> BRADLEY A. SARNELL
> Trial Attorney
> United States Department of Justice, Tax Division